UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    ANDRE L HARPER  
    ANGENITA HARPER  
          Debtor(s)

Case No. 09-24982

CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

    Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/09/2009.

2) The plan was confirmed on 08/27/2009.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on 10/14/2010, 11/17/2011.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 08/03/2011, 08/03/2011, 08/03/2011, 01/09/2013.

5) The case was converted on 01/29/2013.

6) Number of months from filing to last payment: 39.

7) Number of months case was pending: 44.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $68,300.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

UST Form 101-13-FR-S (09/01/2009)

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $39,289.86 |
| Less amount refunded to debtor | $42.73 |

**NET RECEIPTS:** $39,247.13

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,401.50 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $2,132.12 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $5,533.62

Attorney fees paid and disclosed by debtor:     $98.50

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| AIS SVC LLC | Unsecured | 0.00 | 721.00 | NA | 0.00 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | 2,250.00 | 2,296.12 | 2,296.12 | 646.07 | 0.00 |
| AMERICAN GENERAL FINANCE | Unsecured | 1,648.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL LENDER | Unsecured | 844.00 | NA | NA | 0.00 | 0.00 |
| AMERICAS FINANCIAL LENDER | Secured | 0.00 | 844.19 | 844.19 | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 751.92 | 388.59 | 388.59 | 109.34 | 0.00 |
| ASSOCIATED PATHOLOGY CONSULT | Unsecured | 194.00 | NA | NA | 0.00 | 0.00 |
| BANK OF AMERICA HOME LOAN | Secured | 135,428.00 | 135,263.23 | NA | 0.00 | 0.00 |
| BANK OF AMERICA HOME LOAN | Secured | NA | 1,823.54 | 1,823.54 | 1,823.54 | 0.00 |
| CAPITAL ASSET RECOVERY | Secured | 3,572.00 | 3,572.53 | 3,572.00 | 3,572.00 | 165.38 |
| CAPITAL ASSET RECOVERY | Unsecured | NA | 0.53 | 0.53 | 0.00 | 0.00 |
| CAPITAL ONE BANK USA NA | Unsecured | 2,039.00 | NA | NA | 0.00 | 0.00 |
| DIRECTV | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| E & R TOW AND GARAGE INC | Unsecured | 893.00 | NA | NA | 0.00 | 0.00 |
| ECAST SETTLEMENT CORP | Unsecured | 1,872.00 | 1,889.16 | 1,889.16 | 531.55 | 0.00 |
| FIRST AMERICAN CASH ADVANCE | Unsecured | 770.58 | 761.38 | 761.38 | 201.09 | 0.00 |
| FIRST AMERICAN CASH ADVANCE | Unsecured | 638.00 | 3,920.04 | 3,920.04 | 1,103.00 | 0.00 |
| FIRST CASH | Unsecured | 721.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS LENDING CORP | Unsecured | 1,630.96 | 1,067.59 | 1,067.59 | 300.39 | 0.00 |
| LVNV FUNDING | Unsecured | 320.00 | 439.10 | 439.10 | 115.99 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | NA | 320.45 | 320.45 | 90.18 | 0.00 |
| MPOWER COMMUNICATIONS GROUP | Unsecured | 410.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 313.00 | NA | NA | 0.00 | 0.00 |
| OLD REPUBLIC FINANCIAL CORP | Secured | NA | 990.60 | 990.60 | 990.60 | 0.00 |
| OLD REPUBLIC FINANCIAL CORP | Secured | 19,386.00 | 20,445.44 | 20,445.44 | 0.00 | 0.00 |
| OLD REPUBLIC FINANCIAL CORP | Secured | NA | 7,901.12 | 7,901.12 | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 645.69 | 645.69 | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 650.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 2,346.32 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 9,948.00 | 9,936.36 | 9,936.36 | 2,795.83 | 0.00 |
| PROVIDIAN BANK | Unsecured | 5,932.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SANTANDER CONSUMER USA | Unsecured | 8,289.00 | 0.00 | 654.87 | 172.97 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 11,150.00 | 20,093.87 | 19,439.00 | 19,439.00 | 974.85 |
| SHORT TERM LOANS LLC | Unsecured | 1,289.17 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 369.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 534.00 | NA | NA | 0.00 | 0.00 |
| SPRINT NEXTEL | Unsecured | 367.00 | 901.49 | 901.49 | 253.66 | 0.00 |
| THE CASH STORE | Unsecured | 900.00 | 1,062.55 | 1,062.55 | 298.97 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 488.81 | 488.81 | 129.10 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $20,445.44 | $0.00 | $0.00 |
| Mortgage Arrearage | $2,814.14 | $2,814.14 | $0.00 |
| Debt Secured by Vehicle | $23,011.00 | $23,011.00 | $1,140.23 |
| All Other Secured | $8,745.31 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$55,015.89** | **$25,825.14** | **$1,140.23** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$24,127.04** | **$6,748.14** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $5,533.62 |
| Disbursements to Creditors | $33,713.51 |
| **TOTAL DISBURSEMENTS :** | **$39,247.13** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/27/2013                                  By: /s/ Tom Vaughn
                                                              Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**